### 9984.  DAVIS *v.* DAVIS & JOINER REALTY COMPANY.

WADE, C. J.  1.  A "broker's commissions are earned when, during the agency, he finds a purchaser ready, able, and willing to buy, and who actually offers to buy on the terms stipulated by the owner" (Park's **Ann.**
  **37**

Code, § 3587, and note); and in view of the testimony of the defendant in this case, that the plaintiff (a broker suing for commission) "told me that Mr. Moncrief [the would-be purchaser] was ready to take the property on the terms stated; . . I knew that Mr. Moncrief was able to pay for the property," which evidence was corroborated by the testimony of the broker and of the would-be purchaser, the verdict in favor of the plaintiff can not be set aside by this court on the general grounds of the motion for a new trial.

2. None of the special grounds show reversible error, and the judgment overruling the motion for a new trial is

                           *Affirmed. Jenkins and Luke, JJ., concur.*

                        DECIDED APRIL 17, 1919.

Complaint; from city court of Thomasville—Judge W. H. Hammond.   July 8, 1918.

*Titus, Dekle & Hopkins,* for plaintiff in error.

*C. E. Hay,* contra.